IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0444

_____

IN THE MATTER OF:

A.N., J.G. and A.G.,                                              O R D E R

     Youths in Need of Care.


_____


Upon consideration of Appellant Mother's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant Mother is granted an extension of time to and including April 8, 2022, within which to prepare, filed, and service her opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
February 28 2022